**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
COMMUNITY ASSOCIATION
UNDERWRITERS OF AMERICA, INC.,

                    Plaintiff,

      -against-

MAIN LINE FIRE PROTECTION CORP.,
*et al.*,

                  Defendants.
-------------------------------------------------------X

**SCHEDULING ORDER**

18 Civ. 4273 (PMH)(JCM)

TO ALL PARTIES:

The Telephone Conference scheduled for April 29, 2020 at 2:00 p.m. before Magistrate Judge Judith C. McCarthy will be held through a teleconferencing service. Counsel shall call the following number at the time of the conference:

    <u>Toll-Free Number</u>: 877-873-8017
    <u>Access Code</u>: 4264138

Dated: March 23, 2020
        White Plains, New York

                                        **SO ORDERED:**

                                        _____
                                        JUDITH C. McCARTHY
                                        United States Magistrate Judge