UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMUNITY ASSOCIATION
UNDERWRITERS OF AMERICA, INC. a/s/o
TRUMP PARK RESIDENCES
CONDOMINIUM,

                Plaintiff,

-against-

MAIN LINE FIRE PROTECTION CORP., et al.,

                Defendants.

**ORDER**

18-CV-04273 (PMH)

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. (Aug. 16, 2021 Entry). Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELLED.

                                  **SO ORDERED:**

Dated:  White Plains, New York
           August 17, 2021

                                    PHILIP M. HALPERN
                                    United States District Judge